UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFLICTION HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff<br><br>v.<br><br>OFICINA DE REPRESENTACIONES MUNDIALES S.A. DE C.V., a Mexico corporation dba EDUARDO KURIAN, et al.<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:10-cv-1242 JAK(RZx)<br><br>*Hon. John A. Kronstadt*<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered as follows:

Judgment is entered in favor of plaintiff Affliction Holdings, LLC and against defendants Oficina de Representaciones Mundiales S.A. de C.V. and Eduardo Kurian, jointly and severally, on all claims in the total amount of $292,497.90.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Date: May 14, 2012                    _____
                                                              Hon. John A. Kronstadt

- 1 -
JUDGMENT
Case No.: SACV 10-1242 JAK(RZx)